## UNITED LABORATORIES, INC. v. KUYKENDALL

No. 243PA91

Case below: 102 N.C.App. 484

Petition by defendant (Share Corp.) for discretionary review pursuant to G.S. 7A-31 allowed 2 October 1991 with review limited to the following issues: (1) attorney fee awards under tortious interference claims and G.S. Ch. 75 claims, and (2) whether the findings of fact are sufficient to support the amount of attorney fees awarded in this case.

## WALTON v. CARIGNAN

No. 338P91

Case below: 103 N.C.App. 364

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 2 October 1991.

## WESTON v. CAROLINA MEDICORP, INC.

No. 225P91

Case below: 102 N.C.App. 370

Motion by the defendants to dismiss appeal for lack of substantial constitutional question allowed 2 October 1991. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 October 1991.

## WHITE v. BAILEY & ASSOCIATES

No. 375P91

Case below: 103 N.C.App. 526

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 October 1991.